IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES RANDALL SNIDER,<br>    Plaintiff,<br><br>    v.<br><br>HOSTESS BRANDS, LLC, and<br>HOSTESS BRANDS SERVICES,<br>LLC,<br>    Defendants. | Case No. 7:20-cv-00516<br><br>By: Michael F. Urbanski<br>Chief United States District Judge |

## ORDER

This matter is before the court on the defendants'—Hostess Brand, LLC, and Hostess Brands Services, LLC, (collectively "Hostess")—motion to dismiss Count IV of plaintiff Charles Randall Snider's amended complaint. Mot. to Dismiss, ECF No. 12. The motion was fully briefed by the parties, and the court heard oral argument on December 4, 2020. For the reasons stated in the accompanying memorandum opinion, the court **GRANTS** Hostess's motion to dismiss Count IV of the amended complaint, ECF No. 12. The court also **DENIES AS MOOT** Hostess's prior motion to dismiss Count IV of the original complaint, ECF No. 6.

It is so **ORDERED**.

Entered: January 15, 2021

*/s/ Michael F. Urbanski*
Michael F. Urbanski
Chief United States District Judge